**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JARED MAREK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 13-cv-01321-AW |
| | * | |
| ATLANTIC SERVICES GROUP, INC., | * | |
| Defendant. | * | |

*****************************************************************************

# ORDER

The Parties have filed a stipulation of dismissal with prejudice.  Doc. No. 22.

Accordingly, IT IS this **27th day of November, 2013**, by the U.S. District Court for the District of Maryland, hereby **ORDERED**:

1) That the Court **APPROVES** the Parties' stipulation (Doc. No. 22);

2) That the Clerk **CLOSE** the case;

3) That the Clerk transmit a copy of this Order to all counsel of record.

| | |
|---|---|
|  November 27, 2013 | /s/ |
| Date | Alexander Williams, Jr. |
| | United States District Judge |